# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY J. WHITTINGTON, | ) | 8:10-cv-00465-JFB-TDT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| LEGENT CLEARING, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (filing no. 89), whereby the parties stipulate and agree that the above-captioned action should be dismissed with prejudice, each party to bear her/its own costs and attorneys' fees and complete record waived. The Court, being fully advised in the premises, finds that said Motion should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned matter is hereby dismissed with prejudice, each party to pay her/its own costs, complete record waived.

SIGNED this 18th day of June, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge